CRANE AND WIFE v. —————.

Debt is the proper action on the timber act.

*Certiorari* to Justice Banks.

This was an action of trespass, for cutting trees, and the justice awarded judgment of £3 per tree, on the timber act.

PER CUR. Reverse the judgment.

NOTE.—Debt is the proper action for the penalty; damages only can be recovered in trespass.

CITED *in Sayres* v. *Inhab. of Springfield,* 3 *Hal.* 207.

---

THE STATE v. FORD AND BALDWIN, SURVEYORS.

1. For what causes court will quash an order of surveyors.
2. There must be notice to landlord and tenant.
3. A line of twenty-five years not to be disturbed.
4. Surveyors to go by the possession—not to alter a line on pretence of title.

*Certiorari* to remove the adjudication of a line fence between one Osborn and Minn, the tenant of Ogden.

The court quashed the order—

1st. Because the line was run without giving any notice to Ogden, and only four days to Minn, the tenant.

[54] 2d. Because the surveyors altered a line fence acquiesced in for twenty-five years.

3d. It was proved that, as the lands became improved, a fence had always been erected according to the old line.

4th. Under pretence of settling a line fence, the surveyors have tried a title.

CITED *in Miller* v. *Barnet,* 2 *South.* 550.